# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 17-347** |
| v. | : | |
| **CARL FREDERIC SEALEY** | : | |

## GOVERNMENT'S MOTION TO AMEND

The United States of America, by and through its attorneys, William M. McSwain, United States Attorney, and Anita Eve, Assistant United States Attorney, submits this Motion to Amend the restitution amount ordered by the Court in the above-captioned matter.

As the Court is aware, on September 28, 2018, at the time of sentencing in this matter, the government advised the Court that the actual loss to the victims was $1,508,325. Pursuant to 18 U.S.C. § 3663A and USSG § 5E1.1, the government requested that the Court issue a restitution Order in this amount.

Following the sentencing hearing, the government reconsidered the actual loss suffered by the victims, contacted sources with information regarding such, and determined that the actual loss amount is $1,470,825.

Therefore, the government respectfully requests that the Court amend the amount of the restitution for which the defendant should be accountable to $1,470,825.

    Respectfully submitted,

    WILLIAM M. McSWAIN
    United States Attorney

    /s/ ANITA EVE
    ANITA EVE
    Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I certify that on this day I caused a copy of the Government's Motion to Amend has been electronically filed on the Electronic Case Filing system and is available for viewing and downloading from the ECF system, and was served by electronic mail on:

>Joseph G. Poluka, Esquire
>Blank Rome
>One Logan Square
>130 N. 18th Street
>Philadelphia, PA 19103
>poluka@blankrome.com
>
>Robert Gamburg, Esquire
>Gamburg & Benedetto, LLC
>1500 John F. Kennedy Blvd.
>Suite 1203
>Philadelphia, PA 19102
>robert@gamburglaw.com
>
>Evan T.L. Hughes, Esquire
>1845 Walnut Street, #932
>Philadelphia, PA 19103
>Evan.hughes@hughesfirm.pro
>
>      /s/ Anita Eve
>ANITA EVE
>Assistant United States Attorney

Date: October 4, 2018