IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| ERIC ENGE | : | NO. 17-347-2 |

## ORDER TO SURRENDER

**AND NOW,** this **10th** day of **October, 2018,** the above-named defendant having been sentenced to the custody of the Bureau of Prisons,

It is **ORDERED** that the execution of prison sentence is suspended until **Monday, November 26, 2018**, at which time defendant is directed to report to **the institution designated by the Bureau of Prisons** no later than **2:00 P.M.** to commence serving said sentence.

In the alternative, if the defendant is not yet designated by the Bureau of Prisons, he shall surrender to the United States Marshal for this district on the date and time stated above.

_____
GERALD J. RAPPERT

**ACKNOWLEDGEMENT**

I agree to report as directed by the Court in this Order and understand that if I fail to do so I may be cited for contempt and if convicted may be punished by imprisonment or fine, or both.

_____      _____
Attorney-Witness                                Defendant

Cr 28 (8/80)